UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE: TEBA GUMBS                                              Case No.: 17-23947

                           Debtor.                              Ad. Pro. No.: 18-08237
------------------------------------------------------------X
HONEY DO MEN GUTTERS, INC.,

              Plaintiff,

       -against-

TEBA GUMBS,

             Defendant.
------------------------------------------------------------X

## NOTICE OF FILING OF PROPOSED ORDER

Pursuant to the Court's Post-Trial Memorandum of Decision, dated October 10, 2024, Defendant respectfully submits the attached Proposed Order.

Dated: October 23, 2024

Respectfully submitted,

_/s/ Glen A. Kurtis_
Glen A. Kurtis
Glen A. Kurtis, P.C.
Attorney for Debtor/Defendant
175 Main Street, Ste.#614
White Plains, NY 10601
914-686-3171

TO:  Carlos Cuevas, Esq.
       VIA ECF