**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

IN RE: TEBA GUMBS                                    Case No.: 17-23947

                           Debtor.                    Ad. Pro. No.: 18-08237

------------------------------------------------------------X

HONEY DO MEN GUTTERS, INC.,

                        Plaintiff,

              -against-

TEBA GUMBS,

                        Defendant.

------------------------------------------------------------X

## PROPOSED ORDER

Upon the Debtor's/Defendant's Voluntary Petition seeking relief and discharge of certain debts pursuant to the Chapter 7 of the U.S. Bankruptcy Code, Case No.: 17-23947 (RDD); the Plaintiff's Complaint in the within matter seeking to object to the dischargeability of Plaintiff's debt, Case No.: 18-08237; the discovery exchanged between the parties in the within action; and all of the proceedings had herein; the trial of this matter held June 27 and June 28, 2023 before the Hon. Sean H. Lane, United States Bankruptcy Judge; the Post Trial Memorandums submitted by the parties; the Court's Post-Trial Memorandum of Decision, dated October 10, 2024; and due deliberation had herein; IT IS

ORDERED, that Defendant, Teba Gumbs, have judgment on all claims asserted against him by Plaintiff, Honey Do Men Gutters, Inc.

Dated: _____                        _____

                                                                                                           Hon. Sean H. Lane
                                                                                                           United States Bankruptcy Judge